# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2241

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Francisco Rodriguez-Orozco, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: June 23, 2010
Filed: June 25, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

After Francisco Rodriguez-Orozco pleaded guilty to drug and immigration offenses, the district court[1] varied downward from the applicable Guidelines range and sentenced him to a total of 70 months in prison and three years of supervised release. On appeal, his counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is unreasonable because Rodriguez-Orozco should have received the same sentence as a codefendant. After careful review we conclude that the sentence is not unreasonable, see United States

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); United States v. Watson, 480 F.3d 1175, 1177 (8th Cir. 2007); and having reviewed the record independently under Penson v. Ohio, 488 U.S. 75, 80 (1988), we also find no nonfrivolous issues for appeal.[2]  Accordingly, we affirm, and we grant counsel's motion to withdraw.

————————————————

[2]In his pro se notice of appeal, Rodriguez-Orozco complains that counsel did not adequately represent him in this matter.  However, generally we do not address claims of ineffective assistance of counsel in a direct criminal appeal.  See United States v. McAdory, 501 F.3d 868, 872-73 (8th Cir. 2007).